638 A.2d 132

IN THE MATTER OF JOSEPH B. THOR, AN ATTORNEY AT LAW.

February 28, 1994.

## ORDER

**JOSEPH B. THOR** of **EAST NEWARK** who was admitted to the bar of this State in 1967, having been convicted of twelve federal felonies in violation of 18 *U.S.C.A.* 1951 (conspiracy to extort), 18 *U.S.C.A.* 1951(a), (b)(2) and (3) and (2) (extortion), 18 *U.S.C.A.* 1952(a)(3) and (2) (bribery), 18 *U.S.C.A.* 1343 and 2 (wire fraud), 18 *U.S.C.A.* 1956(a)(1)(B)(i) and (2) (money laundering), 18 *U.S.C.A.* 1951(a), (b)(2) and (3) and (2) (extortion), 18 *U.S.C.A.* 666(a)(1)(B) and (2) (corrupt acceptance of money), 18 *U.S.C.A.* 1952(a)(3) and (2) (bribery), 18 *U.S.C.A.* 1343 and 2 (wire fraud), 18 *U.S.C.A.* 1343 and 2 (wire fraud), 18 *U.S.C.A.* 371 (mail fraud conspiracy) and 18 *U.S.C.A.* 1341 and 2 (mail fraud), and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–6(b)(1), **JOSEPH B. THOR** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that **JOSEPH B. THOR** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOSEPH B. THOR** comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.